# MISDEMEANOR

```
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED   Jan 26 2021

CAROL L. MICHEL
CLERK
```

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-9 |
| VERSUS | * | SECTION: SECT. I MAG 1 |
| ROBERT J. HJORTSBERG | * | VIOLATION: 26 U.S.C. § 7203 |

### BILL OF INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1

### WILLFUL FAILURE TO FILE RETURN, SUPPLY INFORMATION OR PAY TAX
[26 U.S.C § 7203]

During the calendar year 2017, the defendant, **ROBERT J. HJORTSBERG**, and his spouse, who were residents of New Orleans, Louisiana, had received gross income greater than $100,000. By reason of that gross income, he was required by law, following the close of the calendar year 2017, by October 15, 2018, to make an income tax return to the Internal Revenue Service Center, to a person assigned to receive returns at the Internal Revenue Service office permitted by the Commissioner of Internal Revenue, stating specifically the items of his gross income and any deductions and credits to which he was entitled. Well knowing and believing all

1

___ Fee _____
___ Process _____
___ Dktd _____
___ CtRmDep _____
___ Doc. No _____

the foregoing, he did willfully fail, on or about October 15, 2018, in the Eastern District of Louisiana and elsewhere, to make an income tax return. All in violation of Title 26, United States Code, Section 7203. [26 U.S.C. § 7203].

        ALEXANDER C. VAN HOOK
        Acting United States Attorney
        Western District of Louisiana

By: _____
        KELLY P. UEBINGER, (LA Bar No. 21028)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana 70501
        Telephone: (337) 262-6618

By: _____
        DAVID J. AYO, (LA Bar No. 28868)
        Assistant United States Attorney
        800 Lafayette Street, Suite 2200
        Lafayette, Louisiana 70501
        Telephone: (337) 262-6618

New Orleans, Louisiana
Date: January 26, 2021

21-9
SECT. I MAG 1

No. _____

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ROBERT J. HJORTSBERG

BILL OF INFORMATION FOR
WILLFUL FAILURE TO FILE RETURN, SUPPLY
INFORMATION OR PAY TAX

Violation(s):   26 U.S.C. § 7203

Filed _____, 20 21

_____, Clerk.

By _____, Deputy

_____
KELLY P. UEBINGER
Assistant United States Attorney