UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 21-cr-00009 |
| | * | |
| VERSUS | * | SECT. I MAG 1 |
| | * | |
| ROBERT HJORTSBERG   (01) | * | VIOLATION: 26 U.S.C. § 7203 |

## STIPULATED FACTUAL BASIS FOR GUILTY PLEA

NOW INTO COURT, comes the United States Attorney for the Eastern District of Louisiana, through the undersigned Assistant United States Attorneys, and the defendant, ROBERT HJORTSBERG, represented by his undersigned counsel, Frank G. DeSalvo, and for purposes of providing the Court with a factual basis for a plea agreement pursuant to Rule 11 of the Federal Rules of Criminal Procedure, stipulate as follows:

The defendant, ROBERT HJORTSBERG, is an attorney, who in 2017 worked at the Jason R. Williams Law Firm in New Orleans, Louisiana. Because ROBERT HJORTSBERG and his spouse earned more than $100,000 in 2017, he was required to file an income tax return with the Internal Revenue Service by October 15, 2018. The defendant, ROBERT HJORTSBERG, failed to file a return by that date and did not file a 2017 return until July 28, 2020, even though he knew that he was required to file by October 15, 2018.

The defendant acknowledges and agrees that restitution is due and payable to the Internal Revenue Service in the amount of $31,651. The defendant acknowledges and agrees that venue is proper in the Eastern District of Louisiana.

_____          2/23/2021
ROBERT HJORTSBERG                              DATE
Defendant

_____      2/26/2021
FRANK G. DESALVO                                   DATE
Frank G. DeSalvo, APLC
739 Baronne Street
New Orleans, LA 70133
Telephone: (504) 524-4191
*Counsel for Defendant*

ALEXANDER C. VAN HOOK
Acting United States Attorney

_____      3/2/21
KELLY P. UEBINGER (La. Bar No. 21028)    DATE
Assistant United States Attorney
DAVID J. AYO, (La. Bar No. 28868)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618

*U.S. v. Robert Hjortsberg*, Criminal No.: 21-cr-00009
Stipulated Factual Basis for Guilty Plea

2